UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | CV 12-300 DSF (PJWx) | Date | 8/14/12 |
|---|---|---|---|
| Title | Romina Movsisyan v. HSBC Bank USA, N.A., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order to Show Cause re Dismissal for Failure to Prosecute

On May 29, 2012, this Court issued its "TEXT ONLY" entry re Order Setting Scheduling Conference. Pursuant to the TEXT ONLY entry, and to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rules 16 and 26, the scheduling conference was set for August 20, 2012, at 11:00 a.m. and the parties were to confer and to file with the Court, no later than seven days before the scheduling conference, a Joint Rule 26(f) Report. Defense counsel filed a unilateral Joint Report stating that counsel made numerous efforts to communicate with Plaintiff in an attempt to comply with the Court's orders, but that Plaintiff has not responded.

Plaintiff is ordered to show cause in writing no later than August 23, 2012 by noon why this action should not be dismissed, and why sanctions should not be imposed pursuant to Local Rule 83-7, for Plaintiff's failure to prosecute this action and failure to comply with the Court's order and the Federal Rules of Civil Procedure. A hearing on this Order to Show Cause is set for August 27, 2012, at 11:00 a.m.

If no response is filed, or if Plaintiff fails to appear for this Order to Show Cause hearing and previously set Scheduling Conference, this action will be dismissed. The Scheduling Conference set for August 20 is removed from the Court's calendar.

IT IS SO ORDERED.