JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMINA MOVSISYAN, | Case No.: CV 12-300 DSF (PWJx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| HSBC BANK USA N.A., et al., | |
| Defendants. | |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of opposition to a motion for terminating sanctions and after independently determining that terminating sanctions are appropriate,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 1/8/13

_____
Dale S. Fischer
United States District Judge