1
2
3
4
5
6
7

JS 6

8      **UNITED STATES DISTRICT COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ROMINA MOVSISYAN,                )        Case No.: CV 12-300 DSF (PWJx)
                                        )
12                 Plaintiff,          )
                                        )
13         vs.                         )        JUDGMENT
                                        )
14   HSBC BANK USA N.A., et al.,       )
                                        )
15                 Defendants.         )
                                        )
16   _____      )

17

18         The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having

19   ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of

20   opposition to a motion for terminating sanctions and after independently

21   determining that terminating sanctions are appropriate,

22   IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action

23   be dismissed with prejudice, and that defendants recover their costs of suit

24   pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

25   Dated: _____   1/8/13          _____
                                                        Dale S. Fischer
26                                                  United States District Judge
27
28